No
Original
a-31/13